O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN SIMS,  <br>　　　　　Petitioner,  <br>　　vs.  <br>GARY SWARTHOUT, Warden,  <br>　　　　　Respondent. | Case No. CV 12-3149-JSL (DTB)  <br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing petitioner's ex post facto claim and Section 1983 claim without prejudice and dismissing petitioner's remaining claims with prejudice.

Dated: _10/31/12

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　J. SPENCER LETTS
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28