JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN SIMS,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>GARY SWARTHOUT, Warden,<br><br>　　　　Respondent. | Case No. CV 12-3149-JSL (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied; that petitioner's ex post facto claim is dismissed without prejudice; that petitioner's Section 1983 claim is dismissed without prejudice; and that petitioner's remaining claims are dismissed with prejudice.

Dated:   10/31/12

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

1